UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALAN E. LAGENDYK, JOSE
VILLANUEVA, DOUGLAS H. GOODGER,
WILMAR NASH, and CHRISTOPHER       Case No. 1:07-cv-909
CAVANAUGH,,
                                   HON. JANET T. NEFF
    Plaintiffs,

v

MICHIGAN PAROLE BOARD et al.,

    Defendants.
_____/

## JUDGMENT

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. On November 14, 2007, the Magistrate Judge filed a Report and Recommendation, recommending that the action be dismissed upon initial screening pursuant to 28 U.S.C. § 1915A(b) on grounds that the complaint fails to state a claim. The matter is presently before the Court on plaintiffs' objections to the Report and Recommendation.

In accordance with 28 U.S.C. § 636(b)(1) and FED. R. CIV. P. 72(b)(3), the Court has performed de novo consideration of those portions of the Report and Recommendation to which objections have been made. Plaintiffs' objections demonstrate their disagreement with the Magistrate Judge's conclusions, but plaintiffs' analysis does not reveal any error by the Magistrate Judge. The Court therefore denies the objections.

For these reasons, this Court also certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal

of this Judgment would not be taken in good faith.  See *McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997).

**THEREFORE, IT IS ORDERED** that the objections (Dkt 10) are DENIED and the Report and Recommendation (Dkt 9) is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that the Complaint (Dkt 1) is DISMISSED pursuant to 28 U.S.C. § 1915A(b) for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that the Court certifies pursuant to 28 U.S.C § 1915(a) that an appeal of the Judgment would not be taken in good faith.


Date: July 9, 2008                                                   /s/ Janet T. Neff
                                                                     JANET T. NEFF
                                                                     United States District Judge